UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-00186-02 |
| | ) | Judge Haynes |
| EBONIE SHAWNECE JORDAN | ) | |

### ORDER TO MODIFY CONDITIONS OF SUPERVISION

It is hereby ORDERED, as the parties jointly requested, that this Court terminate the remainder of the defendant's term in a halfway house. The balance of the prior halfway house sentence shall be served in home confinement with cellular phone-based electronic monitoring to be conducted by the Probation Office.

Dated: October 31, 2014

William J. Haynes, Jr.
U.S. District Judge